UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 10-13767

MICHIGAN DEPARTMENT OF TRANSPORTATION,

    Plaintiff,

-v-

DETROIT INTERNATIONAL BRIDGE CO., ET.AL,

    Defendants,

                                                   /

## ORDER DIRECTING EXPEDITED RESPONSE

Plaintiff having filed an Emergency Motion to Remand and for Costs and Fees; therefore,

IT IS HEREBY ORDERED that defendants file any response to the motion by October 4, 2010.

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated: September 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2010, by electronic and/or ordinary mail.

                        s/Marilyn Orem
                        Case Manager